UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| IN RE THE MATTER OF THE EXTRADITION OF | ) ) ) ) | CASE NO. MJ 08-92 |
| SETH NEIL BROWN, | ) ) ) ) ) | DETENTION ORDER |
| _____ | ) | |

<u>Offense charged</u>:    Provisional warrant pursuant to extradition proceedings, pursuant to 18 U.S.C. § 3184

<u>Date of Detention Hearing</u>: March 31, 2008

      The Government of Canada has applied to the United States for the provisional arrest of Seth Neil Brown pending the submission of a formal request for extradition pursuant to the Extradition Treaty entered into force between the United States and the Government of Canada. Upon issuance of the provisional warrant, the Government of Canada has sixty days to provide a formal request for extradition and supporting documents and evidence. According to the Information provided by the requesting state, Mr. Brown is charged with five counts of Robbery, in violation of section 344 of the Criminal Code of Canada, all committed within the jurisdiction

of Vancouver, British Columbia, Canada. The United States has moved to hold Mr. Brown without bond pending extradition.

There is a strong presumption against bail in international extradition cases. *Wright v. Henkel*, 190 U.S. 40, 62 (1903). Only "special circumstances" can overcome the presumption. *Martin v. Warden, Atlanta Pen.,* 993 F.2d 824, 827 (11th Cir. 1993). Evidence that the fugitive is not a risk of flight is not considered a special circumstance warranting bail. *United States v. Salerno*, 878 F.2d 317, 318 (9th Cir. 1989).

Mr. Brown has not shown the existence of any special circumstances that would justify release on bail. Therefore, the government's motion to hold Mr. Brown without bond pending extradition is GRANTED.

It is therefore ORDERED:

(1) Seth Neil Brown shall be detained pending extradition and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Seth Neil Brown shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Seth Neil Brown is confined shall deliver the him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

01     (4)    The clerk shall direct copies of this Order to counsel for the United States, to

02     counsel for Mr. Brown, and to the United States Marshal.

03 DATED this 31st day of March, 2008.

                                                 /s/ Mary Alice Theiler
                                                 Mary Alice Theiler
                                                 United States Magistrate Judge

DETENTION ORDER                                     15.13
18 U.S.C. § 3142(i)                                   Rev. 1/91
PAGE 3